UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. KNIGHT, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2268 AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed May 11, 2020, the court directed the California Department of Corrections and Rehabilitation (CDCR) to electronically serve plaintiff's complaint on all defendants under the Court's E-Service Pilot Program for prisoner civil rights cases. ECF No. 8. Process was successful for all defendants except "C. Drake," whose identity is reportedly "unknown" to CDCR. ECF No. 14.

　　　　Plaintiff must provide additional information to accurately identify defendant "C. Drake," Plaintiff should seek to identify this defendant through CDCR and Mule Creek State Prison. If plaintiff can accurately identify this defendant, the court will direct that he be served.

　　　　Accordingly, the court will direct plaintiff to file, within thirty (30) days, a statement informing the court of the accurate identity of this defendant together with a request that the accurate name be substituted for defendant "C. Drake." If this defendant is still employed with

1

CDCR, the court will direct electronic service of process.  If the defendant is no longer employed with CDCR, but is accurately identified and located, the court will direct the United States Marshal to serve process on defendant.

If plaintiff is unable to identify this defendant he may request that the court make an inquiry to CDCR.  Such request must describe defendant physically and by job title and set forth the dates and locations of plaintiff's interactions with defendant; the request must also set forth plaintiff's independent efforts to determine this defendant's identity.

Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days after the filing date of this order, plaintiff shall file: (1) a statement informing the court of the accurate identity of defendant "C. Drake" together with a request that the accurate name be substituted for this defendant, OR (2) a supported request for the court's assistance, as set forth above.

DATED: June 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE