UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH JONES, | No. 2:18-cv-2268 AC P |
| Plaintiff, | |
| v. | ORDER |
| G. KNIGHT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed June 10, 2020, the court directed plaintiff to provide additional information to identify defendant C. Drake so that service of process on this defendant could proceed.  ECF No. 15.  Thereafter, the California Department of Corrections and Rehabilitation identified and located defendant Drake and filed a notice of intent to waive service on his behalf.  ECF No. 16.  Accordingly, plaintiff need no longer respond to the court's order filed June 10, 2020.

DATED: June 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE