UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH JONES, | No. 2:18-cv-2268 AC P |
| Plaintiff, | |
| v. | ORDER |
| G. KNIGHT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The matter proceeds before the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2021, a settlement conference was held in front of United States Magistrate Judge Kendall J. Newman, during which the parties reached a verbal settlement on the record. See ECF No. 31. Thereafter, on January 8, 2021, the parties stipulated to a voluntary dismissal of the action, and the case was closed. See ECF Nos. 32, 33.

On June 17, 2021, plaintiff filed a letter with the court which it characterizes as a request for status. ECF No. 34. In it, plaintiff states that he has yet to receive his settlement award. See id. Consequently, counsel for defendants will be directed to provide the court with a status update on the remittance of plaintiff's settlement award.

////

1

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, counsel for defendants shall file an update with the court on the status of the remittance of plaintiff's settlement award.

DATED: June 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE